1  SCOTT A. MARTIN, SBN 57714
   THOMAS L. WILSON, SBN 75218
2  BILL H. KOLLIAS, SBN 175265
   PIVO, HALBREICH, MARTIN, WILSON & AMO, LLP
3  535 Anton Boulevard
   Suite 800
4  Costa Mesa, CA 92626
   Telephone:  (714) 619-2200
5  Facsimile:  (714) 619-2209
   smartin@phmwa.com; twilson@phmwa.com; bkollias@phmwa.com
6

7  Attorneys for Plaintiffs, TRANSIT AMERICA SERVICES, INC. and
   HERZOG CONTRACTING CORP.
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| TRANSIT AMERICA SERVICES, INC., a Missouri Corporation, and HERZOG CONTRACTING CORP., a Missouri Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>LARISA GORSKY, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.:  CV13-0240 HRL<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)** |
|---|---|

   PLEASE TAKE NOTICE that this action is dismissed, with prejudice, by the Plaintiffs in its entirety.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

00194821

1 | This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a).

DATED: February 28, 2013

PIVO, HALBREICH, MARTIN, WILSON & AMO, LLP

By: /s/ B—H. K—

SCOTT A. MARTIN
THOMAS L. WILSON
BILL H. KOLLIAS
Attorneys for Plaintiffs, TRANSIT AMERICA SERVICES, INC. and HERZOG CONTRACTING CORP.

00194821